# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| Travis Chad Whitecotton | Case Number: 2:11CR20020-002 |
|  | USM Number: 10476-010 |
|  | Charles E. Smith |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X plead guilty to violation of condition(s)  #3, #6, and Special Cond  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Cond. #3 | The defendant failed to follow instructions of the probation officer. | June 6, 2012 |
| Cond. #6 | The defendant failed to notify the probation office at least ten days prior to changing his residence. | July 29, 2012 |
| Special | The defendant failed to report for drug testing. | June 7, 2012 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: XXX-XX-7147 | September 19, 2012 |
|---|---|
| Defendant's Date of Birth: xx/xx/1987 | Date of Imposition of Judgment |
|  | /S/ P.K. Holmes, III |
|  | Signature of Judge |
| Defendant's Residence Address: | |
| xxxxxxxxxxxxxxxxxx | |
| Spiro, OK 74959 | |
|  | Honorable P.K. Holmes, III, Chief United States District Judge |
|  | Name and Title of Judge |
|  | September 19, 2012 |
|  | Date |
| Defendant's Mailing Address: | |
| Same as above | |

Judgment — Page __2__ of __6__

DEFENDANT:       Travis Chad Whitecotton
CASE NUMBER:     2:11CR20020-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :    **Six (6) months**

X   The court makes the following recommendations to the Bureau of Prisons:

The defendant participate in a drug treatment program while incarcerated in the Bureau of Prisons.

X   The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐  at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Travis Chad Whitecotton
CASE NUMBER: 2:11CR20020-002

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **two (2) years**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment—Page 4 of 6

DEFENDANT: Travis Chad Whitecotton
CASE NUMBER: 2:11CR20020-002

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall not incur any new debt nor establish any bank or credit accounts unless receiving prior approval from the U.S. Probation Officer, and will make any information concerning his financial status available to the probation officer upon request.

2. In addition to the mandatory drug testing requirements, the defendant shall comply with any referral deemed appropriate by the U.S. Probation Officer for in-patient or out-patient evaluation, treatment, counseling or testing for substance abuse.

3. The defendant shall pursue his GED.

Judgment — Page  5  of  6

DEFENDANT: Travis Chad Whitecotton
CASE NUMBER: 2:11CR20020-002

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ -0- | $ -0- | $ 548.00 ** |

**Original restitution amount $1,940.00

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| See attached list | | | |
| TOTALS | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  X the interest requirement is waived for the   ☐ fine   x restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:        Travis Chad Whitecotton
CASE NUMBER:      2:11CR20020-002

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  X  Lump sum payment of $ __548.00__ due immediately.

    ☐ not later than _____ , or
    X in accordance with ☐ C, ☐ D, ☐ E, or X F below); or

B  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F  X  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

X  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

    Teri Lee Cook- 2:11CR20020-001- $548

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

| Serial Number | BPL | Denom | Date (Acquired) | Received From | Address | Location Passed | Location/Address | Activity |
|---|---|---|---|---|---|---|---|---|
| AA54813060A | 309101495 | 100 | 02/07/2011 | Regions Bank | 2000 Zero St, Ft Smith, AR 72901 | Flash Market | 4622 Old Greenwood Rd, Ft Smith AR 72903 | 01/27/2011 |
| AA82936431A | 309101771 | 100 | 02/24/2011 | Bancorp South | 5111 Rogers Ave Ste 16, Ft Smith AR 72903 | Unknown | | 02/16/2011 |
| AB33057070 | 309101640 | 50 | 02/17/2011 | Regions Bank | 2000 So. Zero St, Ft Smith AR 72901 | Freds Store #1668 | 1918 Phoenix Ave, Ft Smith AR 72901 | 02/07/2011 |
| CB403237888 | 309101492 | 100 | 02/07/2011 | Bancorp South | 7000 Rogers Ave, Ft Smith AR 72903 | Unknown | | 01/28/2011 |
| EB393318868 | 309101647 | 20 | 02/17/2011 | Bancorp South | 3117 Grand Ave, Ft Smith AR 72904 | Taco Bell | 915 N. Greenwood Ave, Ft Smith AR 72901 | 02/12/2011 |
| EB393318868 | 309101791 | 20 | 02/24/2011 | Bancorp South | 5111 Rogers Ave Ste 16, Ft Smith AR 72903 | Romancing the Stone | 5111 Rogers Ave Ste 124, Ft Smith AR 72903 | 02/17/2011 |
| EB393318868 | 309101788 | 20 | 02/24/2011 | Bancorp South | 5111 Rogers Ave Ste 16, Ft Smith AR 72903 | Revelation | 5111 Rogers Ave Ste 2, Ft Smith AR 72903 | 02/18/2011 |
| EB396164410H | 309101482 | 20 | 02/15/2011 | Bank of Ozarks | PO Box 8811, Little Rock, AR 72231 | Long John Silvers | 3009 Alma Hwy, Van Buren AR 72956 | 02/07/2011 |
| EB396164410H | 309101486 | 20 | 02/15/2011 | Bancorp South | 7000 Rogers Ave, Ft Smith AR 72903 | McDonalds 16196 | 3001 McKinley Ave, Ft Smith AR 72908 | 02/07/2011 |
| EB396164410H | 309101490 | 20 | 02/15/2011 | Regions Bank | 5400 Rogers Ave, Ft Smith AR 72903 | Starbucks | | 02/07/2011 |
| EB39815410H | 309101643 | 20 | 02/17/2011 | Regions Bank | 2000 So. Zero St, Ft Smith AR 72901 | Braum's Ice Cream | 1500 Zero St, Ft Smith AR 72901 | 02/07/2011 |
| EC052371986 | 309101787 | 20 | 02/24/2011 | Regions Bank | 2000 So. Zero St, Ft Smith AR 72901 | Braum's Ice Cream | 1500 Zero St, Ft Smith AR 72901 | 02/14/2011 |
| EC052371986 | 309101785 | 20 | 02/24/2011 | Regions Bank | 723 Garrison, Ft Smith AR 72901 | Autozone 0435 | 3801 Towson Ave., Ft Smith AR 72901 | 02/15/2011 |
| EC086277638 | 309101694 | 20 | 02/17/2011 | Ft Smith PD | | North O Food Mart | 3520 No. O, Ft Smith AR 72904 | 02/07/2011 |
| ED05094386A | 309101774 | 50 | 02/24/2011 | 1st Natl Bank | 602 Garrison Ave, Ft Smith AR 72901 | Dollar General #4319 | 1620 Grand Ave, Ft Smith AR 72901 | 02/02/2011 |
| EG5541110386 | 309101489 | 20 | 02/15/2011 | Regions Bank | 5400 Rogers Ave, Ft Smith AR 72903 | Unknown | | 02/07/2011 |
| EG5541110386 | 309101644 | 20 | 02/17/2011 | Regions Bank | 723 Garrison, Ft Smith AR 72901 | Academy Sports | 5001 Phoenix Ave, Ft Smith AR 72903 | 02/11/2011 |
| EG756519066 | 309101689 | 20 | 02/17/2011 | Ft Smith PD | | Walmart | 2425 Zero St, Ft Smith AR 72901 | 02/03/2011 |
| EG756519066 | 309101690 | 20 | 02/17/2011 | Ft Smith PD | | Walmart | 2425 Zero St, Ft Smith AR 72901 | 02/03/2011 |
| EG756519066 | 309101481 | 20 | 02/15/2011 | Bancorp South | 5111 Rogers Ave Ste 16, Ft Smith AR 72903 | The Finish Line | 5111 Rogers Ave Ste 164, Ft Smith AR 72903 | 02/05/2011 |
| FC002566615A | 309101696 | 100 | 02/08/2011 | Ft Smith PD | | Flash Market 178 | 1549 No. Greenwood, Ft Smith AR 72901 | 01/23/2011 |
| FH41365580A | 309101770 | 100 | 02/24/2011 | Bancorp South | 5111 Rogers Ave Ste 16, Ft Smith AR 72903 | J C Penney | 5111 Rogers Ave, Ft Smith AR 72903 | 02/17/2011 |
| GB030772591B | 309101790 | 20 | 02/24/2011 | Bancorp South | 5111 Rogers Ave Ste 16, Ft Smith AR 72903 | Romancing the Stone | 5111 Rogers Ave Ste 124, Ft Smith AR 72903 | 02/17/2011 |
| GB77344207A | 309101780 | 20 | 02/24/2011 | 1st Natl Bank | 602 Garrison Ave, Ft Smith AR 72901 | Sonic | Barling, AR | 02/05/2011 |
| GB77344207A | 309101484 | 20 | 02/15/2011 | Bancorp South | 7000 Rogers Ave, Ft Smith AR 72903 | McDonalds #3 | 3001 McKinley Ave, Ft Smith AR 72908 | 02/07/2011 |
| GB77344207A | 309101642 | 20 | 02/17/2011 | Regions Bank | 2000 So. Zero St, Ft Smith AR 72901 | Family Dollar 3496 | 3900 Towson Ave, Ft Smith AR 72901 | 02/07/2011 |
| GE14946899A | 309101691 | 50 | 02/17/2011 | Ft Smith PD | | Walmart | 2425 Zero St, Ft Smith AR 72901 | 02/03/2011 |
| GE14946899A | 309101692 | 50 | 02/17/2011 | Ft Smith PD | | Walmart | 2425 Zero St, Ft Smith AR 72901 | 02/03/2011 |
| GE14946859A | 309101773 | 50 | 02/24/2011 | 1st Natl Bank | 602 Garrison Ave, Ft Smith AR 72901 | IHOP | 7809 Rogers Ave, Ft Smith AR 72903 | 02/09/2011 |
| GF5916808A | 309101789 | 20 | 02/24/2011 | Bancorp South | 3117 Grand Ave, Ft Smith AR 72904 | Unknown | | 02/17/2011 |
| GG3648591A | 309101695 | 50 | 02/17/2011 | Ft Smith PD | | Dollar Tree | 7603 Rogers Ave, Ft Smith AR 72903 | 02/04/2011 |
| GG354B5915A | 309101473 | 50 | 02/15/2011 | Bancorp South | 3117 Grand Ave, Ft Smith AR 72904 | Unknown | | 02/07/2011 |
| GG354B5915A | 309101641 | 50 | 02/19/2011 | Regions Bank | 2000 So. Zero St, Ft Smith AR 72901 | Murphy Oil 5814 | 5501 S. 24th, Ft Smith AR 72901 | 02/10/2011 |
| GG354B5915A | 309101772 | 50 | 02/24/2011 | Arvest Bank | 5000 Rogers Ave, Ft Smith AR 72903 | Advantage 1 Insurance | 2015 Garner Ln, Ft Smith AR 72901 | 02/14/2011 |
| G8766B215A | 309101645 | 20 | 02/17/2011 | Bancorp South | 5111 Rogers Ave Ste 16, Ft Smith AR 72903 | Claires/The Icing | 5111 Rogers Ave #191, Ft Smith AR 72903 | 02/16/2011 |
| GX040164036C | 309101645 | 20 | 02/17/2011 | Bancorp South | 3117 Grand Ave, Ft Smith AR 72904 | McDonalds | | 02/14/2011 |
| HB23638113A | 309101514 | 100 | 02/15/2011 | Bancorp South | 5800 Hwy 71 S, Ft Smith AR 72908 | Taco Bell 510 | PO Box 6638 (Towson Ave Store), FSM 72906 | 02/10/2011 |
| HB38892882J | 309101766 | 100 | 02/24/2011 | 1st Natl Bank | 602 Garrison Ave, Ft Smith AR 72901 | Sunshine Shop | St. Edwards, 7301 Rogers, Ft Smith AR 72903 | 02/14/2011 |
| HB3889728B2J | 309101636 | 100 | 02/17/2011 | Bancorp South | 3117 Grand Ave, Ft Smith AR 72904 | KFC | | 02/15/2011 |
| HF825566418 | 309101767 | 100 | 02/24/2011 | Bancorp South | 3117 Grand Ave, Ft Smith AR 72904 | Poultry Direct | | 02/22/2011 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1B72566809D | 309101777 | 20 | 02/24/2011 | 1st Nat'l Bank | PO Box 7, Ft Smith AR 72902 | Green w/Envy Florist | 13108 Terry Trl, Ft Smith AR 72916 | 02/16/2011 |
| 1B72566809D | 309101778 | 20 | 02/24/2011 | 1st Nat'l Bank | PO Box 7, Ft Smith AR 72902 | Green w/Envy Florist | 13108 Terry Trl, Ft Smith AR 72916 | 02/16/2011 |
| 1B72566809D | 309101784 | 20 | 02/24/2011 | Regions Bank | 723 Garrison, Ft Smith AR 72901 | Pampered Pooch | 117 N. 9th St., Ft Smith AR 72901 | 02/18/2011 |
| 1E169887I5C | 309101701 | 20 | 02/08/2011 | Ft Smith PD | | Walmart | 2100 N 62, Ft Smith AR 72904 | 01/31/2013 |
| 1E169887I5C | 309101702 | 20 | 02/08/2011 | Ft Smith PD | | Walmart | 2100 N 62, Ft Smith AR 72904 | 01/31/2011 |
| 1E169887I5C | 309101775 | 20 | 02/24/2011 | Regions Bank | 2000 So. Zero St, Ft Smith AR 72901 | Murphy Oil | 5501 S. 24th, Ft Smith AR 72901 | 02/14/2011 |
| 1L08429526 | 309101786 | 20 | 02/24/2011 | Bancorp South | 2721 Alma Hwy, Van Buren AR 72956 | Unknown | | |
| 1L08429526 | 309101700 | 20 | 02/08/2011 | Ft Smith PD | | Walmart | 2100 N 62, Ft Smith AR 72904 | 01/31/2011 |
| 1L08429526 | 309101476 | 20 | 02/07/2011 | Bancorp South | 7000 Rogers Ave, Ft Smith AR 72903 | Unknown | | |
| 1L08429526 | 309101477 | 20 | 02/07/2011 | Bancorp South | 3117 Grand Ave, Ft Smith AR 72904 | Unknown | | |
| 1L08429526 | 309101478 | 20 | 02/07/2011 | Bancorp South | 3117 Grand Ave, Ft Smith AR 72904 | Unknown | | |
| 1L96531636F | 309101776 | 20 | 02/24/2011 | Regions Bank | 2000 So. Zero St, Ft Smith AR 72901 | Family Dollar 3496 | 3900 Towson Ave, Ft Smith AR 72901 | 02/13/2011 |
| J74838818A | 309101764 | 100 | 02/24/2011 | 1st Nat'l Bank | 602 Garrison Ave, Ft Smith AR 72901 | Expressions Flowers | 112 Towson Ave, Ft Smith AR 72901 | 02/21/2011 |
| JG42766648A | 309101781 | 20 | 02/24/2011 | 1st Nat'l Bank | 602 Garrison Ave, Ft Smith AR 72901 | Dollar General | 4420 Kelly Hwy, Ft Smith AR 72904 | 01/26/2011 |
| JG42766648A | 309101474 | 20 | 02/07/2011 | Benefit Bank | 8300 Phoenix Ave, Ft Smith AR 72903 | Midland Fam Bowling | 2600 No. 32nd, Ft Smith, AR 72904 | 01/28/2011 |
| JG42766648A | 309101475 | 20 | 02/07/2011 | Regions Bank | 2000 So. Zero St, Ft Smith AR 72901 | Murphy Oil 5814 | 5501 S. 24th, Ft Smith AR 72901 | 01/31/2011 |
| JG42766648A | 309101697 | 20 | 02/08/2011 | Ft Smith PD | | Walmart 388 | 2100 N 62, Ft Smith AR 72904 | 01/31/2011 |
| JH00932445A | 309101487 | 20 | 02/15/2011 | US Bank | One Riverfront Pl, N Little Rock AR 72114 | Taco Bell 575 | 1820 Zero St, Ft Smith AR 72901 | 01/18/2011 |
| JH00932445A | 309101488 | 20 | 02/15/2011 | US Bank | One Riverfront Pl, N Little Rock AR 72114 | Taco Bell | 1820 Zero St, Ft Smith AR 72901 | 01/18/2011 |
| JI51115088A | 309101693 | 20 | 02/17/2011 | Ft Smith PD | | Little Caesars Pizza | 1000 N. Greenwood, Ft Smith AR 72904 | 02/07/2011 |
| JI51115088A | 309101779 | 20 | 02/24/2011 | 1st Nat'l Bank | 602 Garrison Ave, Ft Smith AR 72901 | Salvation Army | 301 No. 6th St, Ft Smith, AR 72901 | 02/08/2011 |
| JI51115088A | 309101782 | 20 | 02/24/2011 | 1st Nat'l Bank | 602 Garrison Ave, Ft Smith AR 72901 | 1st Nat'l Bank | 2727 Grand Ave, Ft Smith AR | 02/17/2011 |
| | | $2,310 | | | | | | |